WAYNE v. CARTER CRUME CO. (Circuit Court of Appeals, Fifth Circuit. May 21, 1901.) No. 1,038. Appeal from the Circuit Court of the United States for the Northern District of Mississippi. Paul Speake, for appellant. Robert B. Cooke, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. As we find no reversible error in the proceedings in the circuit court, and the result is equitable, the decree appealed from is affirmed.

---

In re WETMORE. Appeal of MARKOE. (Circuit Court of Appeals, Third Circuit. April 29, 1901.) No. 16. Appeal from the District Court of the United States for the Eastern District of Pennsylvania. Before DALLAS and GRAY, Circuit Judges, and BRADFORD, District Judge.

BRADFORD, District Judge. This is an appeal from a judgment of the United States district court for the Eastern district of Pennsylvania, granting a discharge in bankruptcy to William B. Wetmore, a voluntary bankrupt. 99 Fed. 703. His discharge was resisted by Annette B. Markoe, the appellant, on the ground that he had omitted from the schedules attached to his petition and fraudulently concealed a certain supposed interest under the fourth item of the will of his father, Samuel Wetmore. This court having this day, on the petition of G. Plantou Middleton, trustee of Wetmore's estate in bankruptcy, for revision of a certain order made in the proceedings in the court below, decided that the bankrupt was not at the time of the filing of the petition in bankruptcy entitled under that clause to any right, interest, or property which could pass to the trustee by virtue of section 70 of the bankruptcy act, it necessarily follows that this appeal must be dismissed, with costs, and it is accordingly so ordered.

---

WIMBERLEY v. FRANCESCO DI SIMONE. (Circuit Court of Appeals, Fifth Circuit. May 29, 1901.) No. 1,049. W. W. Howe, for appellant. Wm. Armstrong, for appellee. No opinion. Error confessed, and cause reversed and remanded.